# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 21-3002**

**September Term, 2022**

FILED ON: NOVEMBER 15, 2022

UNITED STATES OF AMERICA,
>> APPELLEE

v.

AURELIO CANO-FLORES, ALSO KNOWN AS YANKEE, ALSO KNOWN AS YEYO,
>> APPELLANT

Appeal from the United States District Court
for the District of Columbia
(No. 1:08-cr-00057-16)

Before: KATSAS, *Circuit Judge*, and RANDOLPH and ROGERS, *Senior Circuit Judges*

## J U D G M E N T

This case was considered on the record from the United States District Court for the District of Columbia and the briefs and arguments of the parties. The Court has accorded the issues full consideration and has determined that they do not warrant a published opinion. *See* D.C. CIR. R. 36(d). It is

**ORDERED** and **ADJUDGED** that the judgment of the District Court be affirmed for the reasons stated in its Order of January 5, 2021, Declining to Adopt Report and Recommendation and Denying Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing *en banc*. *See* FED. R. APP. P. 41(b); D.C. CIR. R. 41.

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/

Daniel J. Reidy
Deputy Clerk